ACCEPTED
05-15-01034-CR
FIFTH COURT OF APPEALS
DALLAS, TEXAS
8/27/2015 4:35:45 PM
LISA MATZ
CLERK

| | |
|---|---|
| Appellate Docket Number: | 05-15-XXXXX |
| Appellate Case Style: Style: | The State of Texas |
| Vs. | Gilberto Sostones |
| Companion Case: | |

**FILED IN**
**5th COURT OF APPEALS**
**DALLAS, TEXAS**

8/27/2015 4:35:45 PM

LISA MATZ
Clerk

Amended/corrected statement: ☐

## DOCKETING STATEMENT (Criminal)

Appellate Court:  5th Court of Appeals

(to be filed in the court of appeals upon perfection of appeal under  TRAP 32)

| **I. Appellant** | **II. Appellant Attorney(s)** |
|---|---|
| First Name:  The State of Texas | ☒ Lead Attorney |
| Middle Name: | First Name:  Brian |
| Last Name: | Middle Name:  P. |
| Suffix: | Last Name:  Higginbotham |
| Appellant Incarcerated?  ☐ Yes ☐ No | Suffix: |
| Amount of Bond: | ☐ Appointed    ☒ District/County Attorney |
| Pro Se:  ○ | ☐ Retained    ☐ Public Defender |
| | Firm Name:  Dallas County District Attorney's Office |
| | Address 1:  Frank Crowley Courts Building |
| | Address 2:  133 N. Riverfront Blvd., LB-19 |
| | City:  Dallas |
| | State:  Texas        Zip+4:  75207 |
| | Telephone:  (214) 653-3625    ext. |
| | Fax:  (214) 653-3643 |
| | Email:  brian.higginbotham@dallascounty.org |
| | SBN:  24078665 |
| | Add Another Appellant/ Attorney |

## III. Appellee

First Name: Gilberto

Middle Name:

Last Name: Sostones

Suffix:

Appellee Incarcerated? ☒ Yes ☐ No

Amount of Bond:

Pro Se: ○

## IV. Appellee Attorney(s)

☒ Lead Attorney

First Name: Clark

Middle Name:

Last Name: Birdsall

Suffix:

☒ Appointed ☐ District/County Attorney

☐ Retained ☐ Public Defender

Firm Name: Law Office of Clark Birdsall

Address 1: 9110 Scyene Rd.

Address 2:

City: Dallas

State: Texas   Zip+4: 75227

Telephone: (214) 828-9911   ext.

Fax:

Email: clarkbirds@aol.com

SBN: 02333500

| Add Another Appellee/ Attorney |

## V. Perfection Of Appeal, Judgment And Sentencing

Nature of Case (Subject matter or type of case): Public Order/Decency

Type of Judgment: Other

Date trial court imposed or suspended sentence in open court or date trial court entered appealable order: August 10, 2015

Offense charged: Attempted Prostitution

Date of offense: June 20, 2014

Defendant's plea: Not Guilty

If guilty, does defendant have the trial court's certificate to appeal?

☐ Yes ☐ No

Was the trial by: ☒ jury or ☐ non-jury?

Date notice of appeal filed in trial court: August 27, 2015

If mailed to the trial court clerk, also give the date mailed :

Punishment assessed: 10 years' confinement

Is the appeal from a pre-trial order? ☐ Yes ☒ No

Does the appeal involve the constitutionality or the validity of a statute, rule or ordinance?

☐ Yes ☒ No

## VI. Actions Extending Time To Perfect Appeal

Motion for New Trial: ☒ Yes ☐ No   If yes, date filed: June 18, 2015

Motion in Arrest of Judgment: ☐ Yes ☒ No   If yes, date filed:

Other: ☐ Yes ☒ No   If yes, date filed:

If other, please specify:

## VII. Indigency Of Party: (Attach file-stamped copy of motion and affidavit)

Motion and affidavit filed: ☐ Yes ☐ No ☐ NA   If yes, date filed:

Date of hearing:   ☐ NA

Date of order:   ☐ NA

Ruling on motion: ☐ Granted ☐ Denied ☐ NA   If granted or denied, date of ruling:

## VIII. Trial Court And Record

Court: 203rd Judicial District Court

County: Dallas County

Trial Court Docket Number (Cause no): F14-75964

Trial Court Judge (who tried or disposed of the case):

First Name: Teresa

Middle Name:

Last Name: Hawthorne

Suffix:

Address 1: 133 N. Riverfront Blvd.

Address 2: LB-28

City: Dallas

State: Texas      Zip + 4: 75207

Telephone: (214) 653-5820      ext.

Fax: (214) 653-2896

Email: teresa.hawthorne@dallascounty.org

Clerk's Record:

Trial Court Clerk: ☒ District  ☐ County

Was clerk's record requested? ☒ Yes ☐ No

If yes, date requested: Aug 27, 2015

If no, date it will be requested:

Were payment arrangements made with clerk?

☒ Yes ☐ No ☐ Indigent

---

Reporter's or Recorder's Record:

Is there a reporter's record? ☒ Yes ☐ No

Was reporter's record requested? ☒ Yes ☐ No

Was the reporter's record electronically recorded? ☐ Yes ☒ No

If yes, date requested: Aug 27, 2015

Were payment arrangements made with the court reporter/court recorder? ☒ Yes ☐ No ☐ Indigent

---

☒ Court Reporter      ☐ Court Recorder
☐ Official            ☐ Substitute

First Name: Lisabeth

Middle Name:

Last Name: Kellett

Suffix:

Address 1: 133 N. Riverfront Blvd.

Address 2: LB-28

City: Dallas

State: Texas      Zip + 4: 75207

Telephone: (214) 653-5823      ext.

Fax: (214) 653-2896

Email: Lisabeth.Kellett@dallascounty.org

☐ Court Reporter     ☐ Court Recorder
☐ Official           ☒ Substitute

First Name:      Karren
Middle Name:     K.
Last Name:       Jones
Suffix:
Address 1:       133 N. Riverfront Blvd.
Address 2:       LB-28
City:            Dallas
State:   Texas          Zip + 4:  75207
Telephone:              ext.
Fax:     (214) 653-5908
Email:   KKJones5464@yahoo.com

## 1X. Related Matters

List any pending or past related appeals before this or any other Texas appellate court by court, docket number, and style.

Docket Number:                              Court:

Style:

       Vs.

## X. Signature

Signature of counsel (or Pro Se Party)          Date:  August 27, 2015

                                                State Bar No: 24078665
Printed Name:

Electronic Signature:  /s/ Brian P. Higginbotham    Name:  Brian P. Higginbotham
     (Optional)

## XI. Certificate of Service

The undersigned counsel certifies that this docketing statement has been served on the following lead counsel for all parties to the trial court's order or judgment as follows on August 27, 2015 .

| Signature of counsel (or pro se party) | Electronic Signature: /s/ Brian P. Higginbotham |
|---|---|
| | (Optional) |
| | State Bar No.: 24078665 |

Person Served:

Certificate of Service Requirements (TRAP 9.5(e)): A certificate of service must be signed by the person who made the service and must state:

        (1) the date and manner of service;

        (2) the name and address of each person served, and

        (3) if the person served is a party's attorney, the name of the party represented by that attorney

Please enter the following for each person served:

Date Served: August 27, 2015

Manner Served: Email

First Name: Clark

Middle Name:

Last Name: Birdsall

Suffix:

Law Firm Name: Law Office of Clark Birdsall

Address 1: 9110 Scyene Rd.

Address 2:

City: Dallas

State Texas        Zip+4: 75227

Telephone: (214) 828-9911    ext.

Fax:

Email: clarkbirds@aol.com